UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DIONNE BRADLEY, on behalf of
DONALD BRADLEY, deceased,

    Plaintiff,

v.                                                          Case No. 3:21cv681-LC-HTC

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 15, 2022 (ECF No. 26), recommending that the decision of the Commissioner of Social Security be affirmed and Donald Bradley's application for Disability Insurance Benefits be denied. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.   The magistrate judge's Report and Recommendation (ECF No. 26) is adopted and incorporated by reference in this order.

2.   The Commissioner's decision is AFFIRMED and Bradley's application for Disability Insurance Benefits is DENIED.

3.   The clerk is directed to enter judgment in favor of the Commissioner and close the file.

**DONE AND ORDERED** this 1st day of August, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**